KAREN C. WINCKLER, ESQUIRE
Nevada Bar No. 2809
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Email: Winckler@wswlawlv.com
Attorneys for Benito Alberto Inzunza-Sierra

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> BENITO ALBERTO INZUNZA-SIERRA, <br> Defendant. | CASE NO. 2:18-CR-00038-APG-NJK <br> 2:18-CR-00047-APG-NJK <br> **STIPULATION TO CONTINUE SENTENCING AND REVOCATION HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, through its attorneys, DAYLE ELIESON, United States Attorney, and BRANDON JAROCH, Assistant United States Attorney, and Defendant Benito Alberto Inzunza-Sierra, through his counsel, KAREN C. WINCKLER, ESQUIRE, WRIGHT STANISH & WINCKLER, that the sentencing hearing currently scheduled for September 6, 2018, at 9:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The Defendant is currently in detention at the Nevada Southern Detention Center. Mr. Inzunza-Sierra agrees with this request for a continuance.

2. There was a delay in the delivery of the Presentence Investigation Report ("PSR"), which was not received until this week. Therefore, defense counsel needs additional time to prepare objections and to otherwise prepare for Defendant Inzunza-Sierra's sentencing.

3. The parties agree to the requested continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the sentencing hearing.

Dated this 10th day of August, 2018.

| WRIGHT STANISH & WINCKLER | DAYLE ELIESON<br>UNITED STATES ATTORNEY |
|---|---|
| BY   /s/ Karen C. Winckler<br>KAREN C. WINCKLER, ESQUIRE<br>Attorney for Defendant Inzunza-Sierra | BY   /s/ Brandon Jaroch<br>BRANDON JAROCH<br>Assistant U.S. Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:18-CR-00038-APG-NJK |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| BENITO ALBERTO INZUNZA-SIERRA, ) | |
| Defendant. ) | |

Based on the Stipulation of the parties, the Court hereby continues the sentencing of Defendant Benito Alberto Inzunza-Sierra in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the sentencing and revocation hearing in the above-captioned matter currently scheduled for September 6, 2018 at 9:30 a.m., be vacated and continued to November 13, 2018, at 9:30 a.m. in Courtroom 6C.

DATED this 10th day of August, 2018.

_____
ANDREW P. GORDON
United States District Judge