MONTI J. LEVY
Nevada State Bar No. 8158
WRIGHT MARSH & LEVY
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Email: mlevy@wmllawlv.com
Attorney for Benito Alberto Inzunza-Sierra

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>BENITO ALBERTO INZUNZA-SIERRA,<br><br>        Defendant. | Case Nos. 2:18-CR-00038-APG-NJK<br>                   2:18-CR-00047-APG-NJK<br><br>Motion to Continue Sentencing and Revocation Hearing |

      The defendant, Benito Alberto Inzunza-Sierra, by and through his attorney of record, MONTI J. LEVY, ESQUIRE, WRIGHT MARSH & LEVY, hereby moves that the currently scheduled sentencing and revocation hearing set for Tuesday, November 20, 2018 at 9:00 a.m. be vacated and set to a date and time convenient to this Court but no sooner than ninety (90) days. The government opposes this request.[1] As such, this request is filed as a motion and not a stipulation

      DATED this 16th day of November, 2018.

                                                        WRIGHT MARSH & LEVY

                                      By:   */s/ Monti J. Levy*
                                               MONTI J. LEVY
                                               Attorney for Mr. Inzunza-Sierra

---

[1] The parties have conferred regarding defendant's request for a continuance.

## MEMORANDUM OF POINTS AND AUTHORITIES

On June 5, 2018, Mr. Inzunza-Sierra pleaded guilty, by way of plea agreement, to count one of the superseding information. ECF 33, 34. Specifically, he pleaded guilty to possession with intent to distribute a controlled substance, methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

Sentencing and revocation proceedings were originally scheduled for September 6, 2018. ECF 34. The parties requested a continuance due to a delay in delivery of the PSR. ECF 36. The Court granted this request. ECF 37. On August 24, 2018, defense counsel Winckler asked to withdraw from the case due to health issues, current medications, and other health impediments. ECF 38. Defense counsel Winckler requested that defense counsel Monti J. Levy be appointed CJA counsel to represent Mr. Inzunza-Sierra as Ms. Levy is a part of the same law firm and an appointed member to the CJA Panel. *Id.* On August 28, 2018, this Court granted the request. ECF 39. On November 9, 2018, the parties filed a second stipulation to continue sentencing at the government's request. ECF 41. The court granted the request. ECF 42.

On November 15, 2018 a sentencing reform bill was introduced into Congress. This reform bill is called the First Step Act. It has been widely publicized in the past few days with both a Bi-Partisan Congress and President encouraging its passage. President Trump has agreed to sign the sentencing reform bill, and there appears to be more than enough votes to pass the proposed bill. The current version of the proposed bill includes language to reduce mandatory minimums for certain drug offenses and provide additional safety valve considerations given a defendant's current offense of conviction and prior criminal history. Such changes, if it became law, may impact Mr. Inzunza-Sierra's case. Additionally, any proposed changes may not be retroactive. Therefore, it is important for defense counsel to consider this kind of impact on Mr. Inzunza-Sierra's custodial sentence. Given the potential for imminent change to the law

that could affect Mr. Inzunza-Sierra, counsel requests a 90-day continuance to evaluate the strength of the proposed law. Additionally, the 90-day continuance is requested to evaluate Congress's intention to pass the law and present it to the President for signature.

DATED this 16th day of November, 2018.

WRIGHT MARSH & LEVY

By: /s/ *Monti J. Levy*
MONTI J. LEVY
Attorney for Mr. Inzunza-Sierra

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENITO ALBERTO INZUNZA-SIERRA,<br><br>Defendant. | Case Nos. 2:18-CR-00038-APG-NJK<br>2:18-CR-00047-APG-NJK<br><br>**PROPOSED ORDER** |

IT IS SO ORDERED that the sentencing and revocation hearing currently scheduled for Tuesday, November 20, 2018 at 9:30 a.m. be vacated and continued to December 6, 2018 at 10:00 a.m. in Las Vegas Courtroom 6C.

DATED this  19th  day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of Wright Marsh & Levy and is a person of such age and discretion as to be competent to serve papers.

That on November 6, 2018, she served an electronic copy of the above and foregoing **Motion to Continue Sentencing and Revocation Hearing** by electronic service (ECF) to the person named below:

DAYLE ELIESON
United States Attorney
Brandon Jaroch
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Debbie Caroselli*
Employee of Wright Marsh & Levy